CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 24 2014

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:06-cr-00018-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MICHAEL WENDELL HAIRSTON, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**; the motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 24th day of March, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge