CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP -1 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:06CR00018-001 |
| MICHAEL WENDELL HAIRSTON ) | USM No: 12210-084 |
| Date of Previous Judgment: 12/08/2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____         Amended Offense Level: _____
Criminal History Category: _____      Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's offense level and resulting custody range were produced by application of the career offender guideline, which is unaffected by Amendment 782. Therefore, no reduction is authorized.

Except as provided above, all provisions of the judgment dated 12/08/2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/1/2015

Effective Date: 11/01/2015
(if different from order date)

Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title